MAMIE FERREIRA, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PATRICK MASTROBERTE, DEFENDANT-PETITIONER.

*Messrs. Feder & Rinzler* for the petitioner.

*Mr. Robert E. Pollan* for the respondents.

November 28, 1960.  Denied.

REINAUER REALTY CORPORATION, PLAINTIFF-PETITIONER, v. THE BOROUGH OF PARAMUS, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Morrison, Lloyd & Griggs* and *Mr. Bruce M. Ramer* for the petitioner.

*Mr. Guy W. Calissi* for the respondents.

November 28, 1960.  Granted.